1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12

DEBORAH G. ALLSHOUSE,

Case No. ED CV 14-01287-DMG (JCx)

13

Plaintiff,

14

v.

**JUDGMENT [28]**

15
16
17
18
19
20
21
22

CALIBER HOME LOANS, INC.; and
"ALL PERSONS or ENTITIES
UNKNOWN CLAIMING ANY LEGAL
or EQUITABLE RIGHT, TITLE,
ESTATE, LIEN or INTEREST in the
PROPERTY DESCRIBED in this
COMPLAINT ADVERSE to
PLAINTIFF'S TITLE, or ANY CLOUD
UPON PLAINTIFF'S TITLE THERETO"
and DOES 1-25, Inclusive,

23

Defendants.

24
25
26
27
28

1    Following this Court's January 14, 2015 Order granting Defendant CALIBER

2   HOME LOANS, INC.'s ("Caliber" or "Defendant") Motion to Dismiss the First

3   Amended Complaint of Plaintiff DEBORAH G. ALLSHOUSE ("Plaintiff"), the

4   Court hereby enters judgment as follows:

5        IT IS HEREBY ORDERED AND ADJUDGED that:

6        1.  The above-captioned action is dismissed in its entirety with prejudice.

7        2.  Judgment is entered in favor of Caliber and against Plaintiff.

8        3.  Plaintiff shall take nothing as against Caliber.

9        4.  Caliber may recover its costs.

10

11    IT IS SO ORDERED.

12

13   DATED:  February 3, 2015

14                                DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE